IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MEIRE MACHADO DE OLIVEIRA,

        Petitioner,

v.                                    CIVIL ACTION NO. 2:25-cv-00668

WARDEN, *in his or her official capacity as Warden of the South Central Regional Jail, Charleston, West Virginia*, et al.,

        Respondents.

## ORDER

The Court has reviewed the Petitioner's *Emergency Petition for a Write of Habeas Corpus and Application for an Order to Show Cause With a Stay on Transfer Out of the Southern District of West Virginia* (Document 1), filed on November 13, 2025. Therein, the Petitioner-Plaintiff indicates that she is a citizen of Brazil who has resided in the United States since approximately 2004. She was detained by Immigration and Customs Enforcement (ICE) on November 8, 2025. She alleges that she is currently unlawfully detained in the West Virginia South Central Regional Jail in Charleston, West Virginia.

The Petitioner contends that ICE recently began classifying all individuals present in the country who entered without inspection as "seeking admission" pursuant to 8 U.S.C. § 1225, and subject to mandatory detention. Previously, aliens apprehended in the interior of the United States without having sought admission were considered for release on bond in accordance with 8 U.S.C. § 1226(a). Other courts within this Circuit have addressed the issue and found that § 1226(a) "sets forth 'the default rule' for detaining and removing aliens 'already present in the United

States.'" *Hasan v. Crawford*, No. 1:25-CV-1408 (LMB/IDD), 2025 WL 2682255, at *6 (E.D. Va. Sept. 19, 2025) (quoting *Jennings v. Rodriguez*, 583 U.S. 281, 303 (2018)); *Leal-Hernandez v. Noem*, No. 1:25-CV-02428-JRR, 2025 WL 2430025, at *9-*10 (D. Md. Aug. 24, 2025).

Finding that the Petitioner's claims warrant prompt review, the Court **ORDERS** that:

1. The Petitioner **SHALL NOT** be removed or transferred from this district for any reason without further order of this Court.

2. The Defendants file a written response to **SHOW CAUSE** as to why the Petition should not be granted, no later than **noon, Monday, November 17, 2025**.

3. The Petitioner file a proposed release plan, should the Petition be granted, no later than **noon, Monday, November 17, 2025**.

4. The parties appear for a hearing at **11:00 a.m.** on **Tuesday, November 18, 2025**.

The Court further **ORDERS** counsel for the Petitioner to ensure that the Respondents are **IMMEDIATELY** served with the *Emergency Petition for a Writ of Habeas Corpus and Application for an Order to Show Cause with a Stay on Transfer Out of the Southern District of West Virginia* (Document 1) and this *Order*.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, to Matthew C. Lindsay, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of West Virginia, and to any unrepresented party.

ENTER: November 13, 2025

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA