IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MEIRE MACHADO DE OLIVEIRA,

        Petitioner,

v.                                CIVIL ACTION NO.   2:25-cv-00668

WARDEN, *in his or her official capacity as Warden of the South Central Regional Jail, Charleston, West Virginia*, et al.,

        Respondents.

### ORDER

In view of the *Notice of Voluntary Dismissal* (Document 16) entered in this matter, the Court **ORDERS** that all pending motions be **TERMINATED as moot**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:       November 21, 2025

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA